# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERRY HAMILTONHAUSEY, <br> Petitioner, <br> v. <br> UNKNOWN, <br> Respondent. | Case No. 18-cv-06457-SI <br><br> **JUDGMENT** |

The petition for writ of habeas corpus is dismissed.

**IT IS SO ORDERED AND ADJUDGED**.

Dated: November 5, 2018

SUSAN ILLSTON
United States District Judge